# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70473

**FILED**

JUL 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus or a writ of prohibition. Petitioner challenges the pretrial proceedings, arguing that the district court has not decided various pretrial petitions and motions, the competency proceedings were invalid, he was improperly referred to as vexatious, and the district court failed to appoint adequate counsel. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. We note that petitioner is represented by counsel in the proceedings below and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-21843

cc: Hon. Douglas Smith, District Judge
Abdul Howard
Special Public Defenders Office
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2